**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JEFFREY S. BAGNELL AND JEFFREY S. BAGNELL, ESQ., LLC,<br>    *Plaintiffs*,<br><br>    v.<br><br>SIG SAUER, INC.,<br>    *Defendant*. | No. 3:25-cv-00625 (VAB) |

**SCHEDULING ORDER**

The Court adopts the following schedule for pre-trial deadlines based on the parties' Rule

26(f) Report, the Court's preferences with respect to scheduling, and the Court's current

calendar:

- Discovery shall be stayed on the Defendant's counterclaims until the Court rules on the pending motion to dismiss.
- Initial disclosures due by **July 1, 2026**.
- Joinder of parties due by **August 14 2026**.
- Amended pleadings due by **September 11, 2026**.
- Depositions of fact witnesses shall be completed by **August 13, 2027**.
- Damages analysis due by **September 3, 2027**.
- Designation of expert witnesses due by **September 3, 2027** (Issues where a party bears the burden of proof).
- Depositions of such expert witnesses shall be completed by **October 8, 2027**.
- Designation of expert witnesses due by **November 12, 2027** (Issues where a party does not bear the burden of proof).
- Depositions of such expert witnesses shall be completed by **December 10, 2027**.
- All discovery shall close by **December 10, 2027**.
- If, after the close of discovery, the parties wish to meet with a Magistrate Judge to discuss settlement, the parties may jointly file such a request by **December 17, 2027**.
- Dispositive motions due by **January 28, 2028**.
- Joint trial memorandum is due by **March 3, 2028**, or thirty (30) days after the Court rules on any dispositive motions.
- Trial ready date is **April 3, 2028**, or thirty (30) days after the joint trial memorandum is filed.

**SO ORDERED** at New Haven, Connecticut, this 22nd day of June, 2026.

      /s/ Victor A. Bolden
Victor A. Bolden
United States District Judge